# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN THE MATTER OF THE
EXTRADITION OF                                   Case No.  8:05-MJ-197-MAP
RADIM JUSTIK

---

## ORDER

It appearing to the Court that the Complaint seeking the extradition of Radim Justik to the

Czech Republic has been dismissed by Assistant United States Attorney, Dennis I. Moore in order

that Immigration and Customs Enforcement, United States Department of Homeland Security, may

deport Radim Justik to the Czech Republic,

IT IS HEREBY ORDERED that the warrant issued for Radim Justik is hereby quashed. The

United States Marshals Service shall release Radim Justik from its custody subject to any detainers

or other warrants pending against said Radim Justik.

DONE and ORDERED in Tampa, Florida this __18th__ day of May 2005.


_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties