UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE
EXTRADITION OF
RADIM JUSTIK

Case No. 8:05-MJ-197-MAP

## ORDER

On May 13, 2005, the Government filed a Notice of Dismissal of the complaint seeking the extradition of Radim Justik (Dkt. 8).

Upon consideration and being otherwise fully advised, it is **ORDERED** that the case against Defendant is **DISMISSED**. The CLERK is DIRECTED to close the case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Defendant